*Page 1 of 1*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                              CASE NO. 4:03cr56-RH/WCS

JOSEPH MICHAEL WYMAN,

    Defendant.

_____/

## ORDER DENYING MOTION TO DISCHARGE RESTITUTION

Defendant Joseph Michael Wyman's letter to the clerk of the court dated May 9, 2005 (document 176), by which Mr. Wyman seeks "discharge" of his obligation to make restitution is deemed a motion to amend the judgment to delete the requirement for restitution. The motion is DENIED.

SO ORDERED this 1st day of June, 2005.

                                                        s/Robert L. Hinkle
                                                        Chief United States District Judge