IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 4:03-cr-00056-RH-AK

JOSEPH MICHAEL WYMAN,

     Defendant.

_____/

## O R D E R

     This matter is before the Court on Doc. 226, motion for status report and temporary injunction, by Joseph Michael Wyman.  The motion is **GRANTED IN PART AND DENIED IN PART**.  More specifically, as to the request for the status of this case, Defendant's § 2255 motion to vacate is presently number 32 in line for decision behind other older motions and cases and will be decided in due course.  As to the motion for TRO requesting that the Court direct the BOP not to transfer him, this Court has no authority to direct the BOP in its day to day operations in such matters.  At the time the R&R is issued, Defendant may request additional time to respond to the R&R, citing his grounds for the extension at that time.

     **DONE AND ORDERED** this  _4th_  day of March, 2008.

      S/A. Kornblum_____
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**